IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN SPIES, | § |
| | § |
|     Plaintiff, | §    Civil Action No. 5:18-cv-01540-HRL |
| | § |
| v. | § |
| | § |
| MERRICK BANK, | § |
| | § |
|     Defendant. | § |
| | § |
| | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                                     RESPECTFULLY SUBMITTED,

DATED: April 26, 2018

                                                    By: /s/ Amy L. Bennecoff Ginsburg
                                                        Amy L. Bennecoff Ginsburg, Esq.
                                                        Kimmel & Silverman, P.C.
                                                        30 E. Butler Avenue
                                                         Ambler, PA 19002
                                                        Tel: 215-540-8888
                                                         Fax: 215-540-8817
                                                         aginsburg@creditlaw.com

                                                         Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Stephen Julian Newman, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067
310-556-5800
Fax: 310-556-5959
Email: snewman@stroock.com

Adam Philip Stillman, Esq.
Stroock and Stroock and Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
310-556-5848
Fax: 310-556-5959
Email: astillman@stroock.com
Attorneys for Defendant


Dated: April 26, 2018                    By: /s/ Amy L. Bennecoff Ginsburg
                                         Amy L. Bennecoff Ginsburg, Esq.
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Avenue
                                         Ambler, PA 19002
                                         Tel: 215-540-8888
                                         Fax: 215-540-8817
                                         aginsburg@creditlaw.com