# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN SPIES, | § |
| | § |
| Plaintiff, | §  Civil Action No. 5:18-cv-01540-HRL |
| | § |
| v. | §  STIPULATION OF DISMISSAL |
| | §  WITH PREJUDICE |
| MERRICK BANK, | § |
| | § |
| Defendant. | § |
| | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action with prejudice and with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/* Stephen Julian Newman | */s/* Amy L. Bennecoff Ginsburg |
| Stephen Julian Newman, Esq. | Amy L. Bennecoff Ginsburg |
| Stroock & Stroock & Lavan LLP | Kimmel & Silverman, P.C. |
| 2029 Century Park East, Suite 1800 | 30 East Butler Pike |
| Los Angeles, CA 90067 | Ambler, PA 19002 |
| Phone: 310-556-5800 | Phone: (215) 540-8888 |
| Fax: 310-556-5959 | Fax: (877) 788-2864 |
| Email: snewman@stroock.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: May 31, 2018 | Date: May 31, 2018 |

BY THE COURT:

_____
District Judge Beth Labson Freeman

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 31st day of May, 2018:

Stephen Julian Newman, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East , Suite 1800
Los Angeles, CA 90067
Phone: 310-556-5800
Fax: 310-556-5959
Email: snewman@stroock.com

Adam Philip Stillman, Esq.
Stroock and Stroock and Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Phone: 310-556-5848
Fax: 310-556-5959
Email: astillman@stroock.com

                                                     */s/ Amy L. Bennecoff Ginsburg*
                                                     Amy L. Bennecoff Ginsburg, Esq.
                                                     Kimmel & Silverman, P.C.
                                                     30 East Butler Pike
                                                     Ambler, PA 19002
                                                     Phone: (215) 540-8888
                                                     Fax: (877) 788-2864
                                                     Email: aginsburg@creditlaw.com
                                                     Attorney for the Plaintiff